Joseph Goodman and Others v. Abraham Greenberg and Others.— Application denied, with ten dollars costs.

Joseph C. Hough v. Clarence D. Baldwin.— Application denied, with ten dollars costs.

Morris Weintraub v. John Weil and Others.— Application denied, with ten dollars costs.

James Talcott v. James N. Wallace and Others.— Motion denied, with ten dollars costs.

Carl Schefer v. Thomas R. Ball.— There is no ground upon which this case can be preferred. The parties, however, may upon stipulation submit the case on any day in the June term. Motion denied, without costs.

George G. Belden, as Administrator de Bonis Non of Henry Belden, Deceased, Appellant, v. William Belden and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. James Wallace Morrell, Appellant, v. William Elliott Dold, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Isaac S. Plaut, as Trustee in Bankruptcy of Solomon Rothschild, Bankrupt, Respondent, v. The Gorham Manufacturing Company (a Corporation) and 384 Fifth Avenue (a Corporation), Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Jennie T. Hutchinson, Appellant, v. Joseph Hutchinson, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. Rose O'Keefe, Appellant, v. Theodore Bingham, as Police Commissioner of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Anna Grace Diehl Rendigs, Respondent, v. Charles W. Rendigs, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Emanuel Hecht and Others, Doing Business under the Firm Name and Style of Hecht Brothers, Respondents, v. Bank of The Metropolis, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Keitel & Company, Respondent, v. Duluth Brewing & Malting Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Elizabeth Bunte, an Infant, by Mary Moore, Her Guardian ad Litem, Respondent, v. Gerhardt Bunte, Appellant.— Order modified as stated in order, and as so modified affirmed, without costs. No opinion.

Philip Wolfson, Respondent, v. William Simon, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of Clarence H. Robbins and Others, Executors, etc., of Aaron S. Robbins, Deceased, Respondents, to Have Determined an Attorney's Lien Heretofore Filed by Clarence C. Ferris, Appellant, Against a Certain Award of Dam-